840 A.2d 991

Orville ALLEN, Appellant,

v.

**PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, et al, Appellee.**

Supreme Court of Pennsylvania.

Dec. 3, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of December, 2003, probable jurisdiction is noted and the order appealed is affirmed.